MAY 18, 1964.

No. 5, Original. UNITED STATES *v.* CALIFORNIA. The joint application for an extension of time for filing answering briefs and for allowance of time for filing reply briefs is granted. Answering briefs shall be filed on or before June 15, 1964, and reply briefs shall be filed on or before July 30, 1964. The motion of Carl Whitson for leave to file a petition for intervention is denied but the alternative motion for leave to file a brief, as *amicus curiae,* is granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this application and motion. *Solicitor General Cox* for the United States. *Stanley Mosk,* Attorney General of California, for defendant. Movant *pro se. Solicitor General Cox* for the United States in opposition to the motion for leave to file petition for intervention. *Stanley Mosk,* Attorney General of California, and *Howard S. Goldin,* Assistant Attorney General, for the State of California in opposition to motion for leave to file petition for intervention and for leave to file brief as *amicus curiae.*

No. 16, Original. ARIZONA *v.* CALIFORNIA ET AL. The motion for leave to file a bill of complaint is denied. *Massachusetts* v. *Missouri,* 308 U. S. 1. *James B. Schnake, Richard J. Daniels, Max O. Truitt, Jr.* and *Joseph E. Smith* for plaintiff. *Jack Maxwell Howard, Holloway Jones* and *Emerson W. Rhyner* for the State of California; and *George H. Hauerken* for Charles L. Harney, Inc., defendants.

No. 1221, Misc. SARELAS *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Peter S. Sarelas,* petitioner, *pro se.*